IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THERRAL HATFIELD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-510-WKW |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On March 22, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 48.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, Petitioner's 28 U.S.C. § 2255 petition is DENIED as a second or successive petition, and this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 11th day of April, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE